1      THE HONORABLE THOMAS O. RICE

2  Harry E. Ries, WSBA No. 10745
   Attorney at Law
3  P.O. Box 1849
   Moses Lake, WA  98837
4  Telephone 509.765.4011
   Facsimile 509.765.3932
5
   Attorney for Defendant-in Interpleader
6  Kurrick L. Gettings

7

8      **UNITED STATES DISTRICT COURT**
       **EASTERN DISTRICT OF WASHINGTON AT SPOKANE**
9

| | |
|---|---|
| **NEW YORK LIFE INSURANCE COMPANY,** a New York mutual insurance company,<br><br>Plaintiff-in-Interpleader,<br><br>vs.<br><br>**APRIL M. GETTINGS; JOHN L. TOEVS,** as custodian for K.L.G.; **and MARA JACOBS,** as custodian for K.L.G,<br><br>Defendants-in-Interpleader. | NO.  CV-12-409-TOR<br><br>**MOTION FOR ENTRY OF STIPULATED ORDER DISBURSING FUNDS TO TRUST ACCOUNT AND FOR DISMISSAL OF ACTION**<br><br>**WITHOUT ORAL ARGUMENT APRIL 17, 2013 @ 6:30 pm** |

17    COME NOW the above named defendants-in-Interpleader by and

18  through their attorneys, Lawrence L. Tracy and Harry E. Ries, and

19  respectfully request the Court to grant their motion to dismiss the above-

20  NO.  CV-12-409-TOR
    *MOTION*
    Page 1 of 4

    **HARRY E. RIES**
    ATTORNEY AT LAW
    406 W. BROADWAY, SUITE D * P.O. BOX 1849
21  MOSES LAKE, WA 98837
    (509) 765 - 4011
    (509) 765 - 3932 Facsimile

1  entitled action with prejudice and order the Clerk to disburse the funds
2  currently being held in the registry of this Court to the IOLTA Trust Account of
3  Lawrence L. Tracy, in accordance with the stipulation below. This motion is
4  based upon the files and records herein, and the stipulation below.

5      THIS MATTER having been fully and finally settled by and between the
6  parties, it is hereby stipulated by and between the defendant-in-interpleader,
7  April M. Gettings, and defendant-in-interpleader, Kurrick L. Gettings, and
8  their attorneys of record, Lawrence L. Tracy for April M. Gettings, and Harry
9  E. Ries for Kurrick L. Gettings, as follows:

10      1.    All past claims, counterclaims and cross-claims of all kinds
11  whatsoever, whether asserted or un-asserted, known or unknown, with
12  regard to United States District Court cause #CV-12-409-TOR, relating to
13  New York Life Insurance Policies #46 253 700 and #49 142 321 shall be
14  dismissed with prejudice and without cost to either party.

15      2.    The clerk of the Court will disburse the net proceeds to
16  LAWRENCE L. TRACY IOLTA Trust Account as indicated in the stipulated
17  order filed herewith.

18
19
20  NO. CV-12-409-TOR
    *MOTION*
    Page 2 of 4

**HARRY E. RIES**
ATTORNEY AT LAW
406 W. BROADWAY, SUITE D * P.O. BOX 1849
21  MOSES LAKE, WA 98837
(509) 765 - 4011
(509) 765 - 3932 Facsimile

1  RESPECTFULLY SUBMITTED this 10th day of April, 2013 by:

2  **HARRY E. RIES**  **LAWRENCE L. TRACY**
Attorney for Kurrick L. Gettings  Attorney for April M. Gettings

3

4

 /s/ Harry E. Ries   /s/ Lawrence L. Tracy
5  Harry E. Ries, WSBA NO. 10745  Lawrence L. Tracy, WSBA No. 3035

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20  NO. CV-12-409-TOR  **HARRY E. RIES**
*MOTION*  ATTORNEY AT LAW
Page 3 of 4  406 W. BROADWAY, SUITE D * P.O. BOX 1849
21  MOSES LAKE, WA 98837
(509) 765 - 4011
(509) 765 - 3932 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

**Joseph P Corr**
corrj@lanepowell.com,hooperl@lanepowell.com,sheaffers@lanepowell.com,Docketing-SEA@lanepowell.com

**Larry L Tracy**
lltracy@nctv.com

**Tim D. Wackerbarth**
wackerbartht@lanepowell.com,corrj@lanepowell.com,hooperl@lanepowell.com,sheaffers@lanepowell.com,docketing-sea@lanepowell.com,campbellj@lanepowell.com

DATED April 10, 2013 at Moses Lake, Washington.

    /s/ Harry E. Ries
HARRY E. RIES, WSBA NO. 10745

NO. CV-12-409-TOR
*MOTION*
Page 4 of 4

**HARRY E. RIES**
ATTORNEY AT LAW
406 W. BROADWAY, SUITE D * P.O. BOX 1849
MOSES LAKE, WA 98837
(509) 765 - 4011
(509) 765 - 3932 Facsimile