UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NEW YORK LIFE INSURANCE COMPANY, a New York mutual insurance company,<br><br>　　　　Plaintiff-in-Interpleader,<br><br>　　v.<br><br>APRIL M. GETTINGS; JOHN L. TOEVS, as custodian for K.L.G.; MARA JACOBS, as custodian for K.L.G.; KURRICK L. GETTINGS,<br><br>　　　　Defendants-in-Interpleader. | NO: 12-CV-0409-TOR<br><br>ORDER GRANTING STIPULATED MOTION FOR DISBURSAL OF FUNDS TO TRUST ACCOUNT AND FOR DISMISSAL OF ACTION |

BEFORE THE COURT is the parties' Stipulated Motion for Disbursal of Funds to Trust Account and for Dismissal of Action (ECF No. 36). The Court has reviewed the completed briefing and the record and files herein, and is fully informed.

Plaintiff New York Life Insurance Company filed this diversity based interpleader on June 18, 2012, to resolve competing claims to the proceeds of two

ORDER GRANTING STIPULATED MOTION FOR DISBURSAL OF FUNDS
TO TRUST ACCOUNT AND FOR DISMISSAL OF ACTION ~ 1

life insurance policies.[1]  The proceeds together with accrued interest have been deposited with the Clerk of Court and remain subject to the Court's jurisdiction to apportion.[2]  Defendants-in-Interpleader, April M. Gettings and Kurrick L. Gettings, have now stipulated that this matter has been fully and finally settled by and between the parties and ask the Court to dismiss the action with prejudice, and transfer the funds currently in the registry of the Court in accordance with the stipulation and the parties' agreed order.  ECF No. 36-1.

A district court may retain jurisdiction over a settlement agreement in the order of dismissal or may incorporate the terms of the settlement agreement in the order of dismissal. *See Kokkonen v. Guardian Life Ins. Co. of Am.,* 511 U.S. 375, 381 (1994).  It is a district court's prerogative not to retain jurisdiction over the

---

[1] Defendants-in-Interpleader John L. Toevs and Mara Jacobs, as custodians for Kurrick L. Gettings, have not appeared in this action.  However, it is undisputed that Defendant Kurrick L. Gettings is the real party in interest.  He reached the age of majority before the settlement agreement was entered into, and is represented by counsel. *See* Wash. Rev. Code § 26.28.10 ("except as otherwise specifically provided by law, all persons shall be deemed and taken to be of full age for all purposes at the age of eighteen years").

[2] Less an amount awarded to the Plaintiff-in-Interpleader for costs and attorney fees.  ECF No. 33.

ORDER GRANTING STIPULATED MOTION FOR DISBURSAL OF FUNDS TO TRUST ACCOUNT AND FOR DISMISSAL OF ACTION ~ 2

settlement agreement.  *Id.* at 381-82.  Absent an express retention by a district court of jurisdiction to enforce a settlement agreement reached in a case pending before it, such "enforcement of the settlement agreement is for the state courts, unless there is some independent basis for federal jurisdiction."  *Id.*  The Court declines to exercise continuing jurisdiction over the settlement agreement.  Indeed, other than determining the proper distribution of the funds in this interpleader matter, the Court does not have an independent basis for exercising federal jurisdiction over the terms of the settlement agreement.

**Accordingly, IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion for Disbursal of Funds to Trust Account and for Dismissal of Action (ECF No. 36) is **GRANTED**.

2. Defendant-in-Interpleader Kurrick L. Gettings' Motion to Expedite (ECF No. 35) is **GRANTED**.

3. All past claims, counterclaims and cross-claims of all kinds whatsoever, relating to the above-entitled lawsuit over New York Life insurance policies, shall be **DISMISSED** with prejudice and without cost to either party.

4. The Clerk of Court is directed to deduct from the income earned on the funds on deposit, a fee as set by the Director of the Administrative Office and authorized by the Judicial Conference of the United States, 28 U.S.C.

§ 1914, and is then directed to disburse to attorney Lawrence L. Tracy IOLTA Trust Account, 113 West Fourth Avenue, Moses Lake, Washington, 98837, all remaining funds on deposit.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, disburse the funds, and **CLOSE** the file.

**DATED** April 18, 2013.



THOMAS O. RICE
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR DISBURSAL OF FUNDS TO TRUST ACCOUNT AND FOR DISMISSAL OF ACTION ~ 4